IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00736-BNB

SOLOMON BEN-TOV COHEN,

    Plaintiff,

v.

HONORABLE JAMES P. VANDELLO, Immigration Judge,
ERIC HOLDER, Attorney General of the United States, and
MICHAEL MUKASEY, Former Attorney General of the United States,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2009

GREGORY C. LANGHAM
               CLERK

ORDER

Plaintiff has filed *pro se* on April 22, 2009, a letter in which he asks to appeal an order entered in this action by Magistrate Judge Boyd N. Boland directing Plaintiff to file an amended complaint. The order in question was entered in this action on April 9, 2009. In the April 9 order, Magistrate Judge Boland directed Plaintiff to file an amended complaint within thirty days that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure if he wishes to pursue his claims in this action. The Court will construe Plaintiff's April 22 letter as an objection to Magistrate Judge Boland's April 9 order. For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Plaintiff fails to specify in his letter why he objects to Magistrate Judge Boland's April 9 order.

Nevertheless, the Court has reviewed the file and finds that Magistrate Judge Boland's April 9 order directing Plaintiff to file an amended complaint is not clearly erroneous or contrary to law. Accordingly, it is

ORDERED that Plaintiff's letter to the court filed on April 22, 2009, which the Court has construed as an objection to Magistrate Judge Boyd N. Boland's April 9, 2009, order in this action, is overruled.

DATED at Denver, Colorado, this 30 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00736-BNB

Solomon Ben-Tov Cohen
Prisoner No. L2580
Alien No. 77309675
Aurora/ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010-1525

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/30/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk