IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00736-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2009

GREGORY C. LANGHAM
CLERK

SOLOMON BEN-TOV COHEN,

Plaintiff,

v.

HONORABLE JAMES P. VANDELLO, Immigration Judge,
ERIC HOLDER, Attorney General of the United States, and
MICHAEL MUKASEY, Former Attorney General of the United States,

Defendants.

## ORDER OF DISMISSAL

Plaintiff Solomon Ben-Tov Cohen initiated this action by filing *pro se* a Prisoner Complaint. On April 9, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Cohen to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Cohen was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days. On April 30, 2009, the Court entered an order overruling Mr. Cohen's objections to Magistrate Judge Boland's April 9 order. On May 8, 2009, Magistrate Judge Boland entered a minute order granting Mr. Cohen an extension of time to file his amended complaint.

Mr. Cohen has failed to file an amended complaint within the time allowed. Therefore, the complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 22 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00736-BNB

Solomon B. Cohen
Prisoner No. A0261647
Alien No. 77309675
Criminal Justice Center
2739 East Las Vegas St. – Unit 2F3C4B
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/23/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00736-BNB

Solomon B. Cohen
Prisoner No. A0261647
Alien No. 77309675
Criminal Justice Center
2739 East Las Vegas St. – Unit 2F3C4B
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/22/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk